UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:19-cv-62540-GAYLES/STRAUSS

**FELECIA M. PRESTON**,

    Plaintiff,

v.

**ANDREW SAUL,**
**Commissioner of the Social Security**
**Administration**,

    Defendant.
_____/

## **ORDER**

**THIS CAUSE** comes before the Court on Magistrate Judge Jared M. Strauss's Report and Recommendation (the "Report"), [ECF No. 24], regarding Plaintiff Felecia M. Preston's Motion for Summary Judgment, [ECF No. 19], and Defendant Andrew Saul, Commissioner of the Social Security Administration's (the "Commissioner") Motion for Summary Judgment, [ECF No. 20]. On October 11, 2019, Plaintiff filed the instant Complaint seeking judicial review of the Commissioner's final decision denying Plaintiff's application for disability insurance benefits and Supplemental Security Income. [ECF No. 1]. This matter was referred to Judge Strauss, pursuant to 28 U.S.C. § 636(b)(1)(B), for a ruling on all pre-trial, non-dispositive matters and a report and recommendation on all dispositive matters. [ECF No. 2]. On November 8, 2020, Judge Strauss issued his Report recommending that the Court deny Plaintiff's Motion for Summary Judgment and grant the Commissioner's Motion for Summary Judgment. On November 19, 2020, Plaintiff filed objections to the Report. [ECF No. 25].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court has conducted a *de novo* review of the Report, the record, and the applicable law. The Court agrees with Judge Strauss's well-reasoned analysis in the Report denying Plaintiff's Motion for Summary Judgment and granting the Commissioner's Motion for Summary Judgment.

Accordingly, it is **ORDERED AND ADJUGED** as follows:

1. Magistrate Judge Jared M. Strauss's Report and Recommendation, [ECF No. 24], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.
2. Plaintiff Felecia M. Preston's Motion for Summary Judgment, [ECF No. 19], is **DENIED**.
3. Defendant Andrew Saul, Commissioner of the Social Security Administration's Motion for Summary Judgment, [ECF No. 20], is **GRANTED**.
4. The Commissioner of the Social Security Administration's decision is **AFFIRMED**.

5. This action is **CLOSED** for administrative purposes.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21st day of January, 2021.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE